Francis Dean, Appellant, *v.* John P. O'Flaherty, Respondent.

Submitted October 9, 1941; decided November 19, 1941.

*George H. Fox* for appellant.

*Joseph A. Butler* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, LEWIS, CONWAY and DESMOND, JJ.